IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

Meron Berhe
(Print your full name)

Plaintiff *pro se*,

v.

Delta Air Lines Inc.

_____

_____

(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

1:21-CV-4721

(to be assigned by Clerk)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 16 2021

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

      Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____     Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

✓     Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

✓     Other (describe) __ADA, 42 U.S.C., Sec. 13132__

__Rehabilitation Act 1974, 29 U.S.C., sec. 794(d)__

__Section 1981, 42 U.S.C.__

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name    Meron Berhe

   Address    2591 Piedmont Rd. NE #1418
              Atlanta, GA 30324

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name    Delta Air Lines Inc.
   Address    1030 Delta Blvd
              Atlanta, GA 30354

   Name    _____
   Address  _____

   Name    _____
   Address  _____

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   Various locations, verbally on the phone and by email

6.  When did the alleged discrimination occur? (State date or time period)

    November 2016 – February 2021

## Administrative Procedures

7.  Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    ✓ Yes    ___ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8.  Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes    ___ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter:
    _____

9.  If you are suing for **age discrimination**, check one of the following:

    _____ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    _____ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   \_\_\_\_ Yes   \_\_\_\_ No   √ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

   _____
   _____
   _____
   _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   \_\_\_\_ Yes   \_\_\_\_ No   √ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

   _____
   _____
   _____
   _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    ___ failure to hire me
    ___ failure to promote me
    ___ demotion
    ___ reduction in my wages
    ___ working under terms and conditions of employment that differed from similarly situated employees
    ___ harassment
    ✓ retaliation
    ✓ termination of my employment
    ✓ failure to accommodate my disability
    ✓ other (please specify) **Failure to return me to work after receiving several doctor's clearance**

13. I believe that I was discriminated against because of (check only those that apply):

    ✓ my race or color, which is **Black**
    ___ my religion, which is _____
    ___ my sex (gender), which is ___ male ___ female
    ___ my national origin, which is _____
    ___ my age (my date of birth is _____)
    ✓ my disability or perceived disability, which is:
    **Mental Health & Depression**

    ✓ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    ✓ other (please specify) **Protected Health Information**

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

I was advised by HR and my manager that I would need to provide my protected health information or my employment would be under review. I was told this at what was called a "Return to work" meeting however my protected health information was used since this day to discriminate against me and I have not been allowed to work since, despite having been cleared by several doctors. I was sent for an Independent Medical evaluation and this doctor came up with new diagnosis. Although I did not agree, I complied with all treatment recommendations and still was denied my right to work. I requested accomodation and was told by EAP that the doctor who removed me from work would not be able to fill out the accomodation forms even though he is the one who decides if I am able to work. I was terminated wrongfully in February 2021 after complying with all I was asked to.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff   ____ still works for defendant(s)
    ✓ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?   ✓ Yes   ____ No

    If you checked "Yes," please explain: As a reasonable request for accommodation, I asked the Employee assistance program to grant me therapy sessions so that I could comply with the given guidelines and was denied. I also requested job accommodation after it was suggested but the evaluating doctor would not sign forms needed.

17. If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial?   ✓ Yes   ____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

____ Defendant(s) be directed to _____

✓ Money damages (list amounts) $1,000,000

✓ Costs and fees involved in litigating this case

✓ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __16__ day of __November__, 20__21__

_____
(Signature of plaintiff *pro se*)

__Mevon Berhe__
(Printed name of plaintiff *pro se*)

__2591 Piedmont Rd. #1418__
(street address)

__Atlanta, GA 30324__
(City, State, and zip code)

__mevon.m.berhe@gmail.com__
(email address)

__404-747-7438__
(telephone number)

EEOC Form 161 (11/2020)　　　　　　**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Meron Berhe<br>2591 Piedmont Rd N.E.<br>#1418<br>Atlanta, GA 30324 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

☐　*On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2020-02548 | Robyn Conley,<br>Investigator | (404) 562-6856 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐　The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐　Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐　The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐　Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒　The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐　The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐　Other *(briefly state)*

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*　　　　　　　　　　　　　　　　　　　　8/18/2021

**Darrell E. Graham,**　　　　　　　　　　　　　　　　　*(Date Issued)*
**District Director**

Enclosures(s)

cc:　**Larry Wexler, Esq.**
　　**Associate General Counsel**
　　**1030 Delta Blvd.**
　　**Department 981**
　　**Atlanta, GA 30354**